**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Mayra  Martin Rodriguez                    Case No: 19-18283-RAM

                                                  Chapter 13

_____ Debtor(s)      /

### NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☐      No further action is necessary.

2)      The following actions have been taken:

☒      The debtor has filed an objection to the proof of claim filed by  Portfolio Recovery Associates, LLC 16 .

☐      The debtor has filed a _____amended plan or modified plan to provide for the proof of claim filed by _____.

☐      Other: _____
_____
_____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on  February 5, 2020      .

Submitted by:
**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:*/s/Robert Sanchez*_____
Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)